# Supreme Court of Florida

THURSDAY, SEPTEMBER 2, 2021

**CASE NO.: SC20-108**
Lower Tribunal No(s).:
061999CF005809A88810

LUCIOUS BOYD        vs.     STATE OF FLORIDA

| Appellant(s) | Appellee(s) |
| --- | --- |

Appellant's Motion for Rehearing is hereby denied.

CANADY, C.J., and POLSTON, LABARGA, LAWSON, MUÑIZ, COURIEL, and GROSSHANS, JJ., concur.
LABARGA, J., concurs specially with an opinion.

LABARGA, J., specially concurring.

Although I adhere to my dissent in *Boyd v. State*, 46 Fla. L. Weekly S124 (Fla. May 13, 2021), wherein I concluded that Boyd's claim of juror misconduct was facially sufficient, I agree that Boyd's motion for rehearing fails to establish a basis for granting rehearing.

A True Copy
Test:



John A. Tomasino
Clerk, Supreme Court

so

**CASE NO.:** SC20-108
Page Two


Served:

LESLIE T. CAMPBELL
SCOTT GAVIN
SUZANNE MYERS KEFFER